JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR07-5413FDB |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| ZACHARY CHRISTENSEN, ) | |
| Defendant. ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to September 27, 2007.

DONE this 4th day of September, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

*/s/ Russell V. Leonard*　　　　　*/s/ Jill Otake*
Russell V. Leonard　　　　　　　Jill Otake
Attorney for Defendant　　　　　Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**