JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5413BHS |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| ZACHARY CHRISTENSEN, | |
| Defendant. | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to October 18, 2007.

DONE this 28th day of September, 2007.

*/s/ signature*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

*/s/ Jill Otake*
Jill Otake
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE        1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710