UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY CHRISTENSEN,<br><br>　　　　　Defendant. | CASE NO. C07-5431BHS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTIONS DEADLINE AND DENYING ACCELERATION OF TRIAL DATE |

　　　This matter comes before the Court on the parties Stipulated Motion To Continue Motions Deadline and to Accelerate Trial Date (Dkt. 30). The parties having stipulated to the Motion and the Court being unable to accommodate the request to accelerate the trial date, it is **ORDERED** that the motion to continue motions deadline is hereby **GRANTED** and the motion to accelerate trial date is hereby **DENIED.** The motions deadline currently scheduled for December 17, 2007 is continued to January 7, 2008.

　　　DATED this 4th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge