JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZACHARY CHRISTENSEN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO.   CR07-5413BHS <br><br> ORDER GRANTING MOTION TO <br> CONTINUE PRETRIAL MOTIONS <br> DEADLINE |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to January 17, 2008.

DONE this 8th day of January, 2008.

_(signature)_

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Russell V. Leonard*                                   */s/ Michael Dion*
Russell V. Leonard                                         Michael Dion
Attorney for Defendant                                     Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE         1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**