Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-5413BHS |
| Plaintiff, | ) ) | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PRETRIAL MOTIONS |
| v. | ) ) | |
| ZACHARY CHRISTENSEN, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

It is hereby ORDERED that the Government's unopposed motion to extend the time to respond to Defendant Zachary Christensen's pretrial motions (docket nos. 34, 35, and 36) is GRANTED. The Government's responses are due on January 31, 2008.

IT IS SO ORDERED.

DATED this 24th day of January, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Jill Otake
JILL OTAKE
Assistant United States Attorney

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER/Extending Government's Response Time
United States v. Christensen/CR07-5413BHS - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800