JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5413BHS |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TIME FOR BRIEFING ON CONFIDENTIALITY OF TRIBAL COURT RECORDS |
| ZACHARY CHRISTENSEN, | |
| Defendant. | |

Upon motion of the parties to extend the briefing deadline, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the briefing deadline be extended to February 21, 2008.

DONE this 19th day of February, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

*/s/ Jill Otake*
Jill Otake
Assistant United States Attorney

ORDER GRANTING MOTION
TO EXTEND BRIEFING DEADLINE      1